DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 082P15-2 | In the Matter of A.E.C. | Petitioner's Petition for *Writ of Certiorari* to Review Order of COA (COA16-495) | Allowed |
|---|---|---|---|
| 083P17 | State v. Thomas Stout, Jr. | Def's *Pro Se* Motion for Petition for Writ of Prohibition | Denied **03/14/2017** |
| 083P17-2 | State v. Thomas Stout, Jr. | Def's *Pro Se* Motion for Petition for Writ of Prohibition | Denied **03/16/2017** |
| 084P15-5 | State v. Curtis Louis Sangster | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 131P16-4 | State v. Somchai Noonsab | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/23/2017** |
| 131P16-5 | State v. Somchai Noonsab | Petitioner's *Pro Se* Motion to Default in the Matters of Denied Writ of Habeas Corpus | Denied **03/10/2017** |
| 152PA16 | Catawba County, by and through its Child Support Agency, *ex rel.* Shawna Rackley v. Jason Loggins | Plt's Motion to Allow Amicus Curiae to Participate in Oral Argument | Allowed **03/09/2017** |
| 158P06-10 | State v. Derrick D. Boger | 1. Def's *Pro Se* Motion for Tort Claim<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 164P16-2 | State v. David Michael Wilson | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP15-759)<br><br>2. Def's *Pro Se* Motion for PDR | 1. Dismissed<br><br>2. Dismissed |
| 190P16-2 | Joseph Earl Clark, II v. North Carolina Department of Public Safety | Petitioner's *Pro Se* Motion for PDR | Dismissed |